# Court of Appeals
# of the State of Georgia

ATLANTA, <u>November 20, 2013</u>

*The Court of Appeals hereby passes the following order:*

## A14D0131.  MARK WEYMAN MATTHEWS v. THE STATE.

Mark Matthews was convicted of burglary and possession of tools for the commission of a crime in September of 2004.  Matthews filed a motion for new trial, which was denied.  Matthews later filed an extraordinary motion for new trial, which was denied on May 17, 2013.  Following the denial of the latter motion, Matthews filed a motion for an out-of-time appeal, seeking an extension of time to file an application for discretionary appeal.  The trial court dismissed the motion.  Matthews now requests permission to file an out-of-time discretionary application in this Court.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d).  A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. *Wilson v. Carver*, 252 Ga. App. 174 (555 SE2d 848) (2001).  While this Court is authorized to grant an extension of time for the filing of an application for discretionary appeal, requests for extensions must be filed "on or before the due date of the discretionary application." Court of Appeals Rule 31 (g).  Otherwise, this Court lacks the authority to grant the request.  See *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011); OCGA § 5-6-39 (d).

Because Matthews did not file a request for an extension within 30 days of entry of the order denying his extraordinary motion for new trial, no out-of-time application is permitted. Accordingly, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 11/20/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*